UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUSSELL LAWRENCE FORD, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:09-cv-02618-RBP-HGD |
| WILLIE THOMAS, WARDEN, ) | |
| and THE ATTORNEY GENERAL ) | |
| OF THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## **FINAL JUDGMENT**

On February 9, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On February 23, 2010, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED as time-barred. It is further ORDERED that the Motion for Declaratory Judgment filed by petitioner (Doc. #1, Attachment 2) is DENIED.

The court certifies the case for appeal on issues related to newly discovered evidence and alleged destruction of evidence with leave to appeal in forma pauperis. Any appeal must be initiated by the filing of a timely notice of appeal.

DONE this the 12th day of May, 2010.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**